

# MANDATE

# The Fifteenth Court of Appeals

## NO. 15-24-00125-CV

Jeremiah Perez, Appellant

v.

Hill College, Johnson County and Joshua Independent School District, Appellees

---

Appealed from the 249th District Court of Johnson County. (Trial Court No. DC-T202300308). Opinion delivered Per Curiam.

---

**TO THE 249TH DISTRICT COURT OF JOHNSON COUNTY, GREETINGS:**

Before our Court of Appeals on February 20, 2025, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause is an appeal from the judgment in favor of appellees. We order the appeal **DISMISSED FOR WANT OF PROSECUTION**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Jeremiah Perez.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this May 7, 2025.

**CHRISTOPHER A. PRINE, CLERK**